IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HENRY LEE WATKINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:11-CV-0745-D |
| VS. | § | |
| | § | |
| OFFICER RODRIGUEZ, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted. Accordingly, plaintiff is permitted to prosecute his claims against defendant Officer Rodriguez for false arrest and coercing a witness to commit perjury. Plaintiff's other claims are summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2).

**SO ORDERED**.

June 28, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE