IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HENRY LEE WATKINS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3:11-CV-0745-D |
| | § | |
| OFFICER RODRIGUEZ | § | |
| | § | |
| Defendant. | § | |

# ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted. Accordingly, defendant's September 26, 2011 motion for summary judgment is granted, and this action is dismissed with prejudice by judgment filed today.

**SO ORDERED**.

January 26, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE